Rachel Renno (SBN: 272558)
Foos Gavin Law Firm, P.C.
3947 Lennane Drive, Suite 120
Sacramento, CA 95834

Attorney(s) for:
Plaintiff, Raven Duncan

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Raven Duncan | ) | NO. 2:18-cv-01174-KJM-AC |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | ELECT REFERRAL OF ACTION TO |
| | ) | VOLUNTARY DISPUTE |
| | ) | RESOLUTION PROGRAM (VDRP) |
| State Farm Mutual Automobile Insurance Company | ) | PURSUANT TO LOCAL RULE 271 |
| | ) | |
| Defendant(s) | ) | |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

DATED: 7/25/2019            /s/Rachel Renno
                            Attorney(s) for Plaintiff(s)

DATED: 7/25/2019            /s/Stephen P. Ellingson
                            Attorney(s) for Defendant(s)

IT IS SO ORDERED.

DATED: August, 9, 2019.     _____
                            UNITED STATES DISTRICT JUDGE