STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
JAMIE A. RADACK (SBN 221000)
HAYES SCOTT BONINO ELLINGSON
GUSLANI SIMONSON & CLAUSE LLP
999 Skyway Road, Suite 310
San Carlos, CA 94070
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

RACHEL RENNO (SBN 272558)
FOOS GAVIN LAW FIRM, P.C.
3947 Lennane Drive, Suite 120
Sacramento, CA 95834
Telephone: 916.779.3500
Facsimile: 916.779.3508

Attorneys for Plaintiff
RAVEN DUNCAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVEN DUNCAN, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a corporation; and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:18-cv-01174-KJM-AC<br><br>**STIPULATION AND ORDER TO PARTIALLY REVISE THE COURT'S OCTOBER 10, 2018 PRETRIAL SCHEDULING ORDER AND DEADLINE TO COMPLETE VDRP** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, plaintiff Raven Duncan and State Farm Mutual Automobile Insurance Company ("State Farm,") by and through their respective counsel, hereby stipulate to partially revise the Court's October 10, 2018 Pretrial Scheduling Order and the deadline to complete VDRP as follows:

# I.
# RECITALS

1. Pursuant to the Court's October 10, 2018 Pretrial Scheduling Order, State Farm and plaintiff began engaging in thorough meet and confer discussions retarding State Farm's motion for summary judgment, or in the alternative, partial summary judgment ("Motion") on September 25, 2019.

2. During the meet and confer process related to the Motion, counsel raised issues that require further investigation by the parties.

3. Also during the meet and confer process related to the Motion, the parties engaged in discussions regarding the potential for settlement.

4. For the purpose of potentially narrowing the issues to be presented in State Farm's Motion, and to further explore the potential for settlement, the parties agreed to request leave of the Court to continue the Pretrial Scheduling Order and deadline to complete VDRP for 90 days.

5. Accordingly, the parties hereby stipulate to partially revising the Court's Pretrial Scheduling Order and deadline to complete VDRP as follows:

# II.
# STIPULATION

The parties hereby stipulate, and request approval of the following revisions to the Court's Pretrial Scheduling Order and deadline to complete VDRP:

| Event | Current Deadline | Requested New Deadline |
| --- | --- | --- |
| Dispositive Motion Hearing | November 15, 2019 | February 14, 2019 |
| Complete VDRP | December 6, 2019 | March 6, 2020 |
| Discovery Cut-Off | January 17, 2020 | April 17, 2020 |
| Expert Disclosures | February 17, 2020 | May 15, 2020 |
| Expert Reports | March 2, 2020 | June 2, 2020 |
| Expert Discovery Cut-Off | April 2, 2020 | July 2, 2020 |

Dated: September 30, 2019        FOOS GAVIN LAW FIRM, P.C.


By      */S/ Rachel Renno*
           RACHEL RENNO
           Attorneys for Plaintiff
           RAVEN DUNCAN

Dated: September 30, 2019        HAYES SCOTT BONINO ELLINGSON GUSLANI
                                 SIMONSON & CLAUSE LLP


By      */S/ Jamie A. Radack*
           STEPHEN M. HAYES
           STEPHEN P. ELLINGSON
           JAMIE A. RADACK
           Attorneys for Defendant
           STATE FARM MUTUAL AUTOMOBILE
           INSURANCE COMPANY

## **ORDER**

The Court, having reviewed the parties' Stipulation to Partially Revise the Court's Pretrial Scheduling Order and deadline to complete VDRP, hereby **GRANTS** the parties' request. The new deadlines are as follows:

| **Event** | **Previous Deadline** | **New Deadline** |
|---|---|---|
| Dispositive Motion Hearing | November 15, 2019 | February 7, 2020 |
| Complete VDRP | December 6, 2019 | March 6, 2020 |
| Discovery Cut-Off | January 17, 2020 | April 17, 2020 |
| Expert Disclosures | February 17, 2020 | May 15, 2020 |
| Expert Reports | March 2, 2020 | June 2, 2020 |
| Expert Discovery Cut-Off | April 2, 2020 | July 2, 2020 |

**IT IS SO ORDERED**.

Dated: September 27, 2019.

_____
UNITED STATES DISTRICT JUDGE