STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
JAMIE A. RADACK (SBN 221000)
HAYES SCOTT BONINO ELLINGSON
GUSLANI SIMONSON & CLAUSE LLP
999 Skyway Road, Suite 310
San Carlos, CA 94070
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

RACHEL RENNO (SBN 272558)
FOOS GAVIN LAW FIRM, P.C.
3947 Lennane Drive, Suite 120
Sacramento, CA 95834
Telephone: 916.779.3500
Facsimile: 916.779.3508

Attorneys for Plaintiff
RAVEN DUNCAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVEN DUNCAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 2:18-cv-01174-KJM-AC<br><br>**STIPULATION AND ORDER TO PARTIALLY REVISE THE COURT'S OCTOBER 10, 2018 PRETRIAL SCHEDULING ORDER AND DEADLINE TO COMPLETE VDRP** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, plaintiff Raven Duncan and State Farm Mutual Automobile Insurance Company ("State Farm,") by and through their respective counsel, hereby stipulate to partially revise the Court's September 27, 2019 Pretrial Scheduling Order and the deadline to complete VDRP as follows:

**I.**
**RECITALS**

1. Pursuant to the Court's October 10, 2018 Pretrial Scheduling Order, State Farm and plaintiff began engaging in thorough meet and confer discussions retarding State Farm's motion for summary judgment, or in the alternative, partial summary judgment ("Motion") on September 25, 2019.

2. During the meet and confer process related to the Motion, counsel raised issues that required further investigation by the parties.

3. Also during the meet and confer process related to the Motion, the parties engaged in discussions regarding the potential for settlement.

4. For the purpose of potentially narrowing the issues to be presented in State Farm's Motion, and to further explore the potential for settlement, the parties agreed to request leave of the Court to continue the Pretrial Scheduling Order and deadline to complete VDRP for 90 days, which was granted on September 27, 2019.

5. The parties were able to resolve some but not all of the issues raised during their meet and confer efforts regarding the Motion.

6. The parties were unable to reach a settlement, and have agreed to proceed with scheduling VDRP.

7. On September 12, 2019, the parties chosen neutral, John A. Whitesides advised the parties that he has a conflict of interest with State Farm, and therefore the parties should choose a different neutral. He also noted that plaintiff's motion to remand was set for hearing on October 3, 2019, which ruling may disqualify the matter for VDRP.

8. The ADR Program Director has not assigned an alternative neutral.

9. The Court has not yet ruled on plaintiff's motion to remand.

10. Accordingly, the parties hereby stipulate to partially revising the Court's Pretrial Scheduling Order and deadline to complete VDRP as follows:

## II.
## STIPULATION

The parties hereby stipulate, and request approval of the following revisions to the Court's Pretrial Scheduling Order and deadline to complete VDRP:

| Event | Current Deadline | Requested New Deadline |
|---|---|---|
| Dispositive Motion Hearing | February 7, 2020 | May 8, 2020 |
| Complete VDRP | March 6, 2020 | June 5, 2020 |
| Discovery Cut-Off | April 17, 2020 | July 17, 2020 |
| Expert Disclosures | May 15, 2020 | August 14, 2020 |
| Expert Reports | June 2, 2020 | September 2, 2020 |
| Expert Discovery Cut-Off | July 2, 2020 | October 2, 2020 |

Dated: November 14, 2019    FOOS GAVIN LAW FIRM, P.C.


By _____*/S/ Rachel Renno*_____
    RACHEL RENNO
    Attorneys for Plaintiff
    RAVEN DUNCAN

Dated: November 14, 2019    HAYES SCOTT BONINO ELLINGSON GUSLANI SIMONSON & CLAUSE LLP


By _____*/S/ Jamie A. Radack*_____
    STEPHEN M. HAYES
    STEPHEN P. ELLINGSON
    JAMIE A. RADACK
    Attorneys for Defendant
    STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

## ORDER

The Court, having reviewed the parties' Stipulation to Partially Revise the Court's Pretrial Scheduling Order and deadline to complete VDRP, hereby **GRANTS** the parties' request. The new deadlines are as follows:

| Event | Previous Deadline | New Deadline |
| --- | --- | --- |
| Dispositive Motion Hearing | February 7, 2020 | May 15, 2020[1] |
| Complete VDRP | March 6, 2020 | June 5, 2020 |
| Discovery Cut-Off | April 17, 2020 | July 17, 2020 |
| Expert Disclosures | May 15, 2020 | August 14, 2020 |
| Expert Reports | June 2, 2020 | September 2, 2020 |
| Expert Discovery Cut-Off | July 2, 2020 | October 2, 2020 |

**IT IS SO ORDERED**. Dated:

November 15, 2019

_____
UNITED STATES DISTRICT JUDGE

---

[1] May 15, 2020, reflects a date designated for hearing law and motion matters.

1082134 -4-