UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RAVEN DUNCAN, an individual,

Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a corporation; and DOES 1 through 25, inclusive,

Defendants.

CASE NO. 2:18-cv-01174-KJM-AC

STIPULATION AND ORDER TO PARTIALLY REVISE THE COURT'S NOVEMBER 15, 2019 STIPULATED SCHEDULING ORDER AND DEADLINE TO COMPLETE VDRP

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, plaintiff Raven Duncan and State Farm Mutual Automobile Insurance Company ("State Farm,") by and through their respective counsel, hereby stipulate to partially revise the court's November 15, 2019 Stipulated Scheduling Order and the deadline to complete VDRP as follows:

1. On March 16, 2020, seven Bay Area counties – Alameda, Contra Costa, Marin, Santa Clara, San Francisco, San Mateo, and Santa Cruz issued a "Shelter-In-Place" mandate in an attempt to slow the spread of the COVID-19 disease. Three days later, California Governor Gavin Newsom issued a "Shelter-In-Place" order for an unknown period.

2. Since the November 15, 2019 Stipulated Scheduling Order, the parties have chosen neutral Joseph Ferraro to conduct the VDRP conference. The parties prefer to have the VDRP

conference in-person. The parties have not been able to conduct the VDRP conference due to the "Shelter-In-Place" Orders.

3. The hearing on State Farm's motion for summary judgment went forward on May 15, 2020. This Court took the motion under submission. This Court has not ruled on State Farm's motion for summary judgment.

4. Accordingly, the parties hereby stipulate to partially revising the Court's Stipulated Scheduling Order and deadline to complete VDRP as follows:

The parties hereby stipulate, and request approval of the following revisions to the Court's Stipulated Scheduling Order and deadline to complete VDRP:

| **Event** | **Current Deadline** | **Requested New Deadline** |
|---|---|---|
| Complete VDRP | August 5, 2020 | October 5, 2020 |
| Discovery Cut-Off | October 30, 2020 | December 30, 2020 |
| Expert Disclosures | November 30, 2020 | January 29, 2021 |
| Expert Reports | December 18, 2020 | February 18, 2021 |
| Expert Discovery Cut-Off | January 18, 2021 | March 18, 2021 |

Dated: July 14, 2020

FOOS GAVIN LAW FIRM, P.C.

By *\/s/ Rachel Renno*
RACHEL RENNO
Attorneys for Plaintiff
RAVEN DUNCAN

Dated: July 14, 2020

HAYES SCOTT BONINO ELLINGSON GUSLANI SIMONSON & CLAUSE LLP

By *\/s/ Jamie A. Radack*
STEPHEN M. HAYES

STEPHEN P. ELLINGSON
CHERIE M. SUTHERLAND
JAMIE A. RADACK
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

**ORDER**

The court, having reviewed the parties' stipulation to revise the court's pretrial scheduling order, ECF No. 44, and deadline to complete VDRP, hereby GRANTS the parties' request. The new deadlines are as follows:

| **Event** | **Previous Deadline** | **New Deadline** |
|---|---|---|
| Complete VDRP | August 5, 2020 | October 5, 2020 |
| Discovery Cut-Off | October 30, 2020 | December 30, 2020 |
| Expert Disclosures | November 30, 2020 | January 29, 2021 |
| Expert Reports | December 18, 2020 | February 18, 2021 |
| Expert Discovery Cut-Off | January 18, 2021 | March 18, 2021 |

This order resolves ECF No. 44.

**IT IS SO ORDERED**.

Dated: July 24, 2020

CHIEF UNITED STATES DISTRICT JUDGE