STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
CHERIE M. SUTHERLAND (SBN 217992)
JAMIE A. RADACK (SBN 221000)
HAYES SCOTT BONINO ELLINGSON
GUSLANI SIMONSON & CLAUSE LLP
999 Skyway Road, Suite 310
San Carlos, CA 94070
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

RACHEL RENNO (SBN 272558)
FOOS GAVIN LAW FIRM, P.C.
3947 Lennane Drive, Suite 120
Sacramento, CA 95834
Telephone: 916.779.3500
Facsimile: 916.779.3508

Attorneys for Plaintiff
RAVEN DUNCAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RAVEN DUNCAN, an individual,

Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a corporation; and DOES 1 through 25, inclusive,

Defendants.

CASE NO. 2:18-cv-01174-KJM-AC

**STIPULATION AND ORDER TO PARTIALLY REVISE THE COURT'S NOVEMBER 15, 2019 STIPULATED SCHEDULING ORDER AND DEADLINE TO COMPLETE VDRP**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, plaintiff Raven Duncan and State Farm Mutual Automobile Insurance Company ("State Farm,") by and through their respective counsel, hereby stipulate to partially revise the Court's November 15, 2019 Stipulated Scheduling Order and the deadline to complete VDRP as follows:

## I.
## RECITALS

1. On March 16, 2020, seven Bay Area counties – Alameda, Contra Costa, Marin, Santa Clara, San Francisco, San Mateo, and Santa Cruz issued a "Shelter-In-Place" mandate in an attempt to slow the spread of the COVID-19 disease. Three days later, California Governor Gavin Newsom issued a "Shelter-In-Place" order for an unknown period.

2. Since the November 15, 2019 Stipulated Scheduling Order, the parties have chosen neutral Joseph Ferraro to conduct the VDRP conference. The parties prefer to have the VDRP conference in-person. The parties have not been able to conduct the VDRP conference due to the "Shelter-In-Place" Orders.

3. The hearing on State Farm's motion for summary judgment went forward on May 15, 2020. This Court took the motion under submission. This Court has not ruled on State Farm's motion for summary judgment.

4. Accordingly, the parties hereby stipulate to partially revising the Court's Stipulated Scheduling Order and deadline to complete VDRP as follows:

## II.
## STIPULATION

The parties hereby stipulate, and request approval of the following revisions to the Court's Stipulated Scheduling Order and deadline to complete VDRP:

| **Event** | **Current Deadline** | **Requested New Deadline** |
|---|---|---|
| Complete VDRP | October 5, 2020 | November 4, 2020 |
| Discovery Cut-Off | December 30, 2020 | January 29, 2021 |
| Expert Disclosures | January 29, 2021 | March 1, 2021 |
| Expert Reports | February 18, 2021 | March 19, 2021 |
| Expert Discovery Cut-Off | March 18, 2021 | April 16, 2021 |

Dated: September 21, 2020

FOOS GAVIN LAW FIRM, P.C.

By *_/S/ Rachel Renno_*
RACHEL RENNO
Attorneys for Plaintiff
RAVEN DUNCAN

Dated: September 21, 2020

HAYES SCOTT BONINO ELLINGSON
GUSLANI SIMONSON & CLAUSE LLP

By *_/S/ Stephen P. Ellingson_*
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
CHERIE M. SUTHERLAND
JAMIE A. RADACK
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

**ORDER**

The Court, having reviewed the parties' Stipulation to Partially Revise the Court's Pretrial Scheduling Order and deadline to complete VDRP, hereby **GRANTS** the parties' request. The new deadlines are as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Complete VDRP | October 5, 2020 | November 4, 2020 |
| Discovery Cut-Off | December 30, 2020 | January 29, 2021 |
| Expert Disclosures | January 29, 2021 | March 1, 2021 |
| Expert Reports | February 18, 2021 | March 19, 2021 |
| Expert Discovery Cut-Off | March 18, 2021 | April 16, 2021 |

**IT IS SO ORDERED**.

Dated: September 22, 2020

CHIEF UNITED STATES DISTRICT JUDGE

1179454

-3-

STIPULATION AND [PROPOSED] ORDER TO PARTIALLY REVISE THE COURT'S NOVEMBER 15, 2019 STIPULATED SCHEDULING ORDER - CASE NO. 2:18-cv-01174-KJM-AC